UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.  26cr10148 |
| | ) |
| v. | ) Violations: |
| | ) |
| YOLDARI TEJEDA CORONADO, | ) Count One: Collection on Extension of Credit by |
| | ) Extortionate Means; Aiding and Abetting |
| | ) (18 U.S.C. §§ 894 and 2) |
| Defendant | ) |
| | ) Count Two: Conspiracy to Commit Hobbs Act |
| | ) Robbery |
| | ) (18 U.S.C. § 1951) |
| | ) |

INFORMATION

COUNT ONE
Collection on Extension of Credit by Extortionate Means;
Aiding and Abetting
(18 U.S.C. §§ 894 and 2)

The United States Attorney charges:

From on or about November 6, 2025, through on or about November 20, 2025, in the District of Massachusetts, the defendant,

YOLDARI TEJEDA CORONADO,

did knowingly participate in the use of extortionate means within the meaning of Title 18, United States Code, Section 891(7), to collect and attempt to collect an extension of credit and to punish any person for the nonrepayment thereof.

All in violation of Title 18, United States Code, Sections 894 and 2.

1

<u>COUNT TWO</u>
Conspiracy to Commit Robbery
(18 U.S.C. § 1951)

The United States Attorney further charges:

From on or about October 9, 2025, through on or about November 6, 2025, in the District of Massachusetts, the defendant,

YOLDARI TEJEDA CORONADO,

did conspire with others known and unknown to the grand jury to obstruct, delay and affect, in any way and degree, commerce and the movement of any article and commodity in commerce, by robbery, as that term is defined in Title 18, United States Code, section 1951; that is, by conspiring to unlawfully take and obtain personal property, namely a quantity of cocaine, from the person and in the presence of others, against their will, by means of actual and threatened force, and violence, and fear of injury, immediate, to their persons.

All in violation of Title 18, United States Code, Section 1951.

2

LEAH B. FOLEY
United States Attorney


By: LAUREN MAYNARD
Assistant United States Attorney
District of Massachusetts

Dated: May 7, 2026