**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** II          **Investigating Agency** ATF

**City** Boston                    **Related Case Information:**

**County** Suffolk                 Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number 25-3388-JDH

Search Warrant Case Number 25-3276-JDH

R 20/R 40 from District of _____

**Defendant Information:**          Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____   ☐ Yes  ☑ No

Defendant Name  Yolardi Tejeda Coronado                         Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  50 WALNUT PARK APT 6, ROXBURY, MA

Birth date (Yr only): 2001    SSN (last 4#): 8279    Sex: M    Race: _____    Nationality: Dominican Republic

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Lauren A. Maynard                  Bar Number if applicable: _____

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect: Spanish

**Victims:**  ☐ Yes  ☑ No      If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☑ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony two

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/7/2026          Signature of AUSA: */s/ Lauren A. Maynard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Yolardi Tejeda Coronado

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 894 | Collection on extension of credit by extortionate means | One |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to commit Hobbs Act Robbery | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013